FILED

2019 OCT 23 PM 3: 47

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR19-02738-TUC-RM(JR) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO SEAL INDICTMENT |
| Jan Peter Meister<br>Aka Peter Meister | (UNDER SEAL) |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant has not been arrested and is unaware of the outstanding arrest warrant. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 23 day of October, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

BEVERLY K. ANDERSON
Assistant U.S. Attorney