FILED

2019 OCT 23  PM 3: 47

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jan Peter Meister<br>　Aka Peter Meister<br><br>　　　　　　Defendant. | CR19-02738-TUC-RM(JR)<br><br>ORDER TO SEAL<br>INDICTMENT<br><br>(UNDER SEAL) |

IT IS HEREBY ORDERED that the Indictment, the Motion to Seal and this Order to Seal herein be sealed and shall remain sealed until further order of this Court.

DATED this **23** day of October, 2019.

*Leslie A. Bowman*
United States Magistrate Judge

CC: AUSA

- 2 -