MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED

2019 OCT 23  PM 3: 41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-02738 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jan Peter Meister,<br>   Aka Peter Meister,<br><br>    Defendant. | I N D I C T M E N T<br><br>Violation:<br><br>18 U.S.C. § 875(c)<br>(Threats Through Interstate Commerce)<br><br>Count 1<br><br>VICTIM CASE<br><br>SEALED |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 1, 2019, at or near Tucson, in the District of Arizona, JAN PETER MEISTER, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congressman A.S., containing a threat to injure the person of another, to wit: "Yeah, go fuck your mother, you son of a bitch cause I'm gonna fucking blow your brains out you fucking piece of shit mother, fucker, you're a fucking piece of shit. You fucking piece of shit mother fucker. Yeah watch. I'm gonna fuck your asshole you piece of shit son of a bitch. Yeah come get me. I guarantee I'll fuck your brains out."

/// /// ///

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

**/s/**

Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

**/s/**

NICOLE P. SAVEL
BEVERLY K. ANDERSON
Assistant United States Attorneys
Dated: October 23, 2019

*United States of America v. Jan Peter Meister*
*Indictment Page 2 of 2*