AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Jan Peter Meister | ) Case No. CR-19-2738-TUC-RM(JR) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

**FILED** ☑  RECEIVED ☐  LODGED ☐  COPY ☐
OCT 25 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

OCT 24 PM 4:27

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jan Peter Meister,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1, 18:875(c) Threats through interstate commerce

Date:  10/24/2019

_____
*Issuing officer's signature*

City and state:  Tucson, Arizona

K. Hughes, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/24/2019, and the person was arrested on *(date)* 10/25/2019
at *(city and state)* Tucson, Arizona.

Date: 10/25/2019

_____
*Arresting officer's signature*

Abbey L. Tereba, Supervisory Special Agent
*Printed name and title*


SEALED