## MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** October 25, 2019 | **SEALED** |
| **USA v. Jan Peter Meister** | **Case Number:** CR-19-02738-001-TUC-RM (JR) | |

**Assistant U.S. Attorney:** Beverly Anderson, AUSA
**Attorney for Defendant:** Hugo Reyna, (duty) for Elena Kay, AFPD
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present   ☐ Released   ☒ Custody  ☐ Summons  ☐ Writ

### INITIAL APPEARANCE
☒ Complaint Filed                                                         **Date of Arrest:** October 25, 2019
☒ Warrant
☒ Financial Affidavit taken       ☐ NO Financial Affidavit taken
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing
   pursuant to 18§3142(e) & (f) is   ☒ Granted     ☐ Denied
☒ Defendant shall be temporarily detained and remanded to the custody of the U.S. Marshals.

**DETENTION/ARRAIGNMENT:** Tuesday, October 29, 2019 at 10:30 AM before Judge Rateau

Elena Kay, AFPD is appointed as counsel for defendant.

**Recorded By** Courtsmart                                     IA    9 min
**Deputy Clerk** Armida Butler

Start: 3:16 pm
Stop: 3:25 pm

Copies DST.

SEALED