# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-02738-TUC-RM (LAB) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Jan Peter Meister, | |
| Defendant. | |

This Court having considered the government's motion, and good cause appearing,

**IT IS ORDERED** the motion (Doc. 7) is granted.

**IT IS FURTHER ORDERED** that the Clerk will unseal the above-captioned case.

Dated this 28th day of October, 2019.

_Leslie A. Bowman_
Honorable Leslie A. Bowman
United States Magistrate Judge