USA v. JAN PETER MEISTER

CR19-2738-TUC-RM (JR)

ATTACHMENTS TO DEFENDANT'S
APPEAL OF MAGISTRATE'S ORDER OF DETENTION

# SOLAR INDUSTRIES, INC.

October 30, 2019

To Whom It May Concern

This letter is to document that Solar Industries Inc. has an immediate job position available for Jan Peter Meister.
Jan Meister has worked for Solar Industries in the past and was an outstanding employee. We are fully aware of his current situation with the courts and welcomes having Jan come back to work for our company.

Sincerely,

Ron Hess
President
Solar Industries Inc.
Dba The Window Depot

## CERTIFIED COPY

MICHAEL K JEANES, CLERK
BY ~~Harbaur~~ DEP.
FILED

## THE SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

16 MAR 23 AM 9:38

| | |
|---|---|
| STATE OF ARIZONA<br>　　　　　Plaintiff,<br>VS.<br>JAN MEISTER<br>　　　　　Defendant, | Case Number:<br>CR2001-094364-A<br><br>ORDER |

The Court has received Defendant's Application, given proper notice and considered any response filed by the State.

**IT IS ORDERED:**

| Applied For: | Granted | Denied | NA: | |
|---|---|---|---|---|
| No | [x] | [x] | [x] | Motion for Reconsideration |
| Yes | X | [ ] | [ ] | Restoring any and all civil rights to the Defendant which were lost or suspended as a result of the conviction as stated in the application herein. |
| Yes | X | [ ] | [ ] | Restoring to the Defendant the right to possess a firearm which was lost or suspended as a result of the conviction as stated in the application. |
| Yes | X | [ ] | [ ] | Setting aside the judgment of guilt, dismissing the accusations or information and releasing the Defendant from all applicable penalties and disabilities resulting from the conviction. |

Reason for denial: _____

_____

DONE this 18th day of March, 2016.

_____
Judge of the Superior Court