**ROACH LAW FIRM, L.L.C.**
Brad Roach
Arizona State Bar No. 017456
101 E. Pennington St., Suite 201
Tucson, AZ 85701
(520) 628-4100
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CR 19-2738-TUC-RM (JR) |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jan Peter Meister, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: The clerk of the court and all parties of record

Pursuant to LRCrim. 57.3, I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Jan Peter Meister. Jan Peter Meister is located at the Florence Correctional Facility at 1305 E. Butte Ave. Florence, AZ 85132.

RESPECTFULLY SUBMITTED this 5th day of December, 2019.

*/s/ Brad Roach*
Brad Roach
Attorney for Defendant

-1-