MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED

2019 DEC -4  PM 3: 42

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>         vs.<br><br>Jan Peter Meister,<br> aka Peter Meister,<br><br>                        Defendant. | CR 19-02738-TUC-RM (JR)<br><br>**S U P E R S E D I N G<br>I N D I C T M E N T**<br><br><u>VIOLATIONS:</u><br><br>18 U.S.C. 875(c)<br>(Threats Through Interstate Commerce)<br>Count 1<br><br>18 U.S.C. 922(g)(1) and 924(a)(2)<br>(Unlawful Acts and Penalties)<br>Count 2<br><br>18 U.S.C. § 924(d),<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>

On or about October 1, 2019 at or near Tucson, in the District of Arizona, JAN PETER MEISTER, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office Voicemail system of Congressman A.S., containing a threat to injure the person of another, to wit:

1  "Yeah, go fuck your mother, you son of a bitch cause I'm gonna fucking blow your brains

2  out you fucking piece of shit mother, fucker, you're a fucking piece of shit. You fucking

3  piece of shit mother fucker. Yeah watch. I'm gonna fuck your asshole you piece of shit son

4  of a bitch. Yeah come get me. I guarantee I'll fuck your brains out."

5          In violation of Title 18, United States Code, Section 875(c).

6                                          **COUNT 2**

7          From a time unknown to October 18, 2019, in the District of Arizona, defendant,

8  JAN PETER MEISTER, did possess, in and affecting interstate commerce, firearms and

9  ammunition, that is:

10      • American Tactical, model: Omni Hybrid Maxx, 5.56/.223 caliber rifle, Serial

11          Number NS118649;

12      • Taurus, model: Spectrum .380 caliber pistol, Serial Number 1F077114;

13      • Hi-Point, model: C9, 9mm caliber pistol, Serial Number P1901261;

14      • Approximately 166 rounds of 9mm ammunition;

15      • Approximately 244 rounds of .380 caliber ammunition; and

16      • Approximately 401 rounds of 5.56/.223 caliber ammunition.

17  Defendant knowingly possessed the firearms and ammunition, knowing that he had been

18  convicted of a crime punishable by a term of imprisonment exceeding one year.

19          In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

20                                **FORFEITURE ALLEGATION**

21          Upon conviction of Count Two of the Superseding Indictment, the defendant, JAN

22  PETER MEISTER, shall forfeit to the United States pursuant to Title 18, United States

23  Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States

24  Code, Section 2461(c), any firearms and ammunition involved in the commission of the

25  offense, including, but not limited to:

26      1) American Tactical, model: Omni Hybrid Maxx, 5.56/.223 caliber rifle, Serial

27          Number NS118649;

28      2) Taurus, model: Spectrum .380 caliber pistol, Serial Number 1F077114;

*United States of America v. Jan Peter Meister*
*Indictment Page 2 of 3*

3)  Hi-Point, model: C9, 9mm caliber pistol, Serial Number P1901261;

4)  Approximately 166 rounds of 9mm ammunition;

5)  Approximately 244 rounds of .380 caliber ammunition; and

6)  Approximately 401 rounds of 5.56/.223 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

**/ s /**

_____
FOREPERSON OF THE GRAND JURY
Dated: December 4, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

**/ s /**

NICOLE P. SAVEL
BEVERLY K. ANDERSON
Assistant United States Attorneys

*United States of America v. Jan Peter Meister*
*Indictment Page 3 of 3*