MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Assistant U.S. Attorney
State Bar No. 015958
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-02738-TUC-RM (JR) |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S NOTICE OF TELEPHONIC TESTIMONY |
| Jan Peter Meister, | |
| Defendant. | |

The United States, by and through counsel undersigned, gives notice to the Court and defense of its intent to have telephonic testimony at the hearing scheduled Monday, December 9, 2019.

The Detention Appeal Hearing is scheduled at 1:30 PM on Monday, December 9, 2019 before this Court. One hour has been reserved for the hearing. The government intends to provide telephonic testimony by Special Agent Chris Desrosiers with the U.S. Capitol Police. SA Desrosiers is familiar with the apprehension and investigation of the subject matter. He is stationed in Washington D.C. Telephonic testimony is most feasible and will not prejudice the defendant.

Defense counsel has been contacted and they have no objection to the request.

/// /// ///

/// /// ///

/// //// ////

The government requests the Court to grant its request for SA Chris Desrosiers' telephonic appearance and testimony on December 9, 2019.

Respectfully submitted this 6th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Nicole P.Savel*

NICOLE P. SAVEL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 6th day of December, 2019, to:

Bradley King Roach, Esq.