# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

DEC - 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

<u>United States of America,</u>
PLAINTIFF,

vs.

<u>Jan Peter Meister</u>
DEFENDANT.

CR 19-02738-TUC-RM (JR)

## WITNESS LIST

| PRESIDING JUDGE<br>Judge Rosemary Marquez | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING DATE(S)<br>December 9, 2019 | PLAINTIFF ATTORNEY(S)<br>Nicole P. Savel, AUSA<br>Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY(S)<br>Bradley King Roach, Esq |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 12-9-19 | 12-9-19 | Special Agent Chris Desrosiers |  |
| 2 |  |  |  |  |  |