# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✓ / RECEIVED / LODGED / COPY
DEC - 9 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLAINTIFF,

CR 19-02738-TUC-RM (JR)

vs.

## EXHIBIT LIST

Jan Peter Meister
DEFENDANT.

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Judge Rosemary Marquez | | |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| December 9, 2019 | Nicole P. Savel, AUSA<br>Beverly K. Anderson, AUSA | Bradley King Roach, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | 12-9-19 | Audio Recording |
| 2 | | | |