# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>　　　　　Defendant. | CR19-02738-TUC-RM (JR)<br><br>**ORDER** |

　　　Pending before this Court is [Docket #37] Defendant's Motion to Modify Conditions of Release. Defendant argues that he should be released from custody to attend an impatient treatment facility.

　　　As no new information has been presented by the Defendant, the Magistrate Judge declines to re-open detention.

　　　**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release is denied.

　　　Dated this 20th day of December, 2019.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge