**ROACH LAW FIRM, L.L.C.**
Brad Roach
Arizona State Bar No. 017456
101 E. Pennington St., Suite 201
Tucson, AZ 85701
(520) 628-4100
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CR-19-2738-TUC-RM (JR) |
| Plaintiff, ) | AMENDED MOTION TO MODIFY |
| vs. ) | |
| Jan Peter Mesiter, ) | |
| Defendant. ) | |

Defendant, Jan Peter Meister, by and through his attorney, Brad Roach, hereby moves this Court for an order modifying the defendant's conditions in the following way:

1. The defendant request that he be released from custody to attend an inpatient treatment facility under the supervision of Pretrial Services. Defendant believes that he could greatly benefit from such treatment.

The AUSA, Nicole Sevel has been contacted and does have an objection to this motion. Pretrial Services Officer, Debra Romero is requesting the Court Order an assessment of Mr. Meister to determine if he'd be a good candidate for inpatient treatment before giving their position.

RESPECTFULLY SUBMITTED this 6th day of January, 2020.

             */s/ Brad Roach*
             Brad Roach
             Attorney for Defendant