# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>　　　　Defendant. | CR19-02738-TUC-RM (JR)<br><br>**ORDER** |

Pending before this Court is [Docket #41] Defendant's Motion to Modify Conditions of Release,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release is denied with leave to file an amended motion after Pretrial Services prepares an addendum.

**IT IS FURTHER ORDERED** that Pretrial Services have the defendant screened for inpatient treatment and file an addendum with the Court.

Dated this 8th day of January, 2020.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge