MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-02738-TUC-RM (JR) |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| Jan Peter Meister, | |
| Defendant. | |

Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 23rd day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Nicole P. Savel*

NICOLE P. SAVEL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 23rd day of January, 2020, to:

Bradley King Roach, Esq.