MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Jan Peter Meister,<br><br>　　　　　　Defendant. | CR-19-02738-TUC-RM (JR)<br><br>GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL |

　　　　The United States of America, by and through its undersigned attorneys, hereby moves this Court to continue the trial date for a period of at least 30 days from the current date of February 11, 2020.  It is expected excludable delay under 18 U.S.C. § 3161(h)(7)(A)and (B)(iv) will occur as a result of this motion or an order based thereon. Counsel for the government requests the continuance for the following reasons:

　　　　1.　　Defense counsel Brad Roach informed the government last week that the defendant intends to proceed to trial at the first setting, and that he intends to file a motion to sever the counts charged in the superseding indictment, which has not yet been filed.

　　　　2.　　Once notified of the defendant's intent to proceed, the government began to prepare for trial and contacted all potential witnesses regarding their availability for the February trial date and through to the end of March, should the trial be continued.

3. The government learned that a material witness in this case, United States Capitol Police Agent Chris Desrosiers, had already been subpoenaed by the U.S. Attorney's Office, Central District of California, to testify at a trial beginning on the same date, February 11, 2019, in U.S. v. Robert Stahlnecker, CR 19-00394. Agent Desrosiers is based out of Washington, D.C., which will require travel for any trial settings.

4. Undersigned counsel was informed by lead counsel for the government in the Stahlnecker case that their trial is a firm trial date. The AUSA offered to try to work out scheduling should this case also go to trial and/or should the AUSA determine that through stipulations Agent Desrosiers is not needed at their trial, but no such stipulations have been made, nor are they expected. Agent Desrosiers is a substantive witness who will be needed throughout the course of the trial against the defendant in the instant case, due to his significant involvement in the investigation.

As such, the government requests a 30 day continuance of the current trial date to ensure that all government witnesses material to the case can be present. The present request for a continuance is made in good faith and not for the purpose of delay.

Brad Roach, counsel for the defendant, was contacted and indicated that he does have an objection to a continuance of the trial.

Respectfully submitted this 27th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Nicole P. Savel*

NICOLE P. SAVEL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 27th day of January, 2020, to:

Bradley King Roach, Esq.