MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Arizona State Bar No. 015958
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Jan Peter Meister,<br>　Aka Peter Meister,<br><br>　　　　　　Defendant. | CR 19-02738-TUC-RM (JR)<br><br>NOTICE OF GOVERNMENT'S INTENT TO IMPEACH DEFENDANT AT TRIAL WITH PRIOR FELONY CONVICTIONS PURSUANT TO FRE 609 |

　　　　The United States of America, by and through its undersigned attorney's, hereby submits its notice of intent to impeach defendant, pursuant to FRE 609, with the prior felony convictions as set forth below:

　　　　1.  Convicted in *State of Maryland v. Jan Peter Meister,* Case Number 53708, On December 11, 1989, of Rape Second Degree, a felony, sentenced to fifteen (15) years, imprisonment, all but five (5) years suspended, plus five (5) years of supervised probation.

　　　　October 7, 1996, Probation revoked, sentenced to five (5) years in the Maryland Department of Corrections.

　　　　2.  Convicted in *State of Maryland v. Jan Peter Meister,* Case Number 55129, on

December 11, 1989 of Sex Offense, Fourth Degree, a misdemeanor, and Contributing to Certain Conditions of Child, a felony, and sentenced to one (1) year in custody, and three (3) years in custody, respectively, both sentences to be served concurrently.

On December 9, 1996, the court ordered that defendant be placed on supervised probation for a period of one (1) year, and to run concurrent to the probation imposed in case number 53078.

These prior felony convictions form the basis for defendant's status as a prohibited possessor.

Respectfully submitted this 20th day of February, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically, or by other means this 20th day of February, 2020 to:

Bradley Roach, Esq.
Attorney for Defendant Meister