**ROACH LAW FIRM, L.L.C.**
Brad Roach
Arizona State Bar No. 017456
101 E. Pennington St., Ste. 201
Tucson, AZ 85701
(520) 628-4100
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CR 19-2738-TUC-RM (JR) |
| Plaintiff, | ) MOTION TO ACCELERATE MOTION TO MODIFY HEARING |
| vs. | ) |
| Jan Peter Meister, | ) |
| Defendant. | ) |

Defendant, Jan Peter Meister, by and through his attorney, Brad Roach, hereby moves this Court for an accelerated hearing date regarding the Motion to Modify Conditions of released filed on February 25, 2020.

1. Defendant's trial is set for March 9, 2020 and his wife has been diagnosed with cancer and needs surgery.

RESPECTFULLY SUBMITTED this 25th day of February, 2020.

                              */s/ Brad Roach*
                              Brad Roach
                              Attorney for Defendant