IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>　　　　　Defendant. | CR19-02738-TUC-RM (JR)<br><br>**ORDER** |

　　　Pending before this Court is [Dockets #57 and #58] Defendant's Motion to Modify Conditions of Release and Motion for an Expedited Hearing, there being objections from both Pretrial Services and the government,

　　　**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release is denied.

　　　**IT IS FURHTER ORDERED** that Defendant's Motion for an Expedited Hearing is denied.

　　　Dated this 26th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Jacqueline M. Rateau
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge