Exhibit A

United States v. Meister

CR 19-02738-TUC-RM (JR)

316
(8-01)
(WIN) PAD

# UNITED STATES CAPITOL POLICE
WASHINGTON, D.C.  20510-7218

## MEMORANDUM OF INTERVIEW

| Interview Subject: MEISTER, Jan | Date of Activity: 10/03/2019 | | Date First Reported: N/A | |
|---|---|---|---|---|
| Type of Case Threat | CFN N/A | CCN N/A | CIS # N/A | TAS # |
| NARRATIVE | Give a synopsis of case investigation in chronological order, subsequent to the last report, with persons interviewed, new leads and other information on the case progress | | IS Case # | |

Interview Date: 10/03/2019
Interview Time Start: Approx. 2021 hrs. MT
Interview Time End: Approx. 2038 hrs. MT
Interview Location: Residence of Jan MEISTER (at end of driveway) – 14294 W. Kestrel Road, Tucson, AZ
Subject Interviewed: Jan MEISTER (DOB: 02/20/1967)
Interviewing Agents: SS/A Abbey Tereba (USCP TAS), S/A Christopher Desrosiers (USCP TAS), Deputy Dobbertin (#5921) Pima County Sheriff's Department

The interview results are summarized as follows:

- Upon arriving at MEISTER's residence address, Agents could not approach his residence as the gate at the end of his driveway was secured
- SS/A Tereba reached MEISTER by phone (602-505-3235), explained that Agents would like to discuss a call that was made to a Congressional office, and MEISTER agreed to come to the gate and speak with Agents
- Agents witnessed MEISTER exit what appears to be a mobile home on the property (visibility was low due to darkness), and walk to the end of the driveway, where he opened the gate and stepped through to speak with Agents
- Agents identified themselves via their USCP credentials (Agents were also wearing exterior vests with police markings, and the Pima County Deputy was in full police uniform
- Agents explained to MEISTER that they were investigating a threatening voicemail that was left at the office of a U.S. Congressman, and had originated from telephone number 602-505-3235
- MEISTER acknowledged that the number provided belonged to himself and his wife (account in both of their names), and was the number for his cellular phone
- MEISTER denied that anyone else would have access to the phone outside of himself and his wife
- Agents explained that the threatening message was left during the evening of 10/01/2019, and MEISTER viewed the call list on his cell phone and located a call to 202-225-4176 on 10/01/2019, shortly after 5:30pm MT (MEISTER showed the call list to Agents for confirmation)
- MEISTER did not recall making the call, but after hearing the message played back to him by S/A Desrosiers, MEISTER stated, "I was drunk," and apologized for the call, further stating that, "that's out of character for me"
- Agents explained that the call was to Congressman Adam Schiff, and MEISTER responded that he watches Fox News, and likely was upset at something that he saw on the news
- MEISTER stated that he strongly dislikes the Democrats, and feels they are to blame for the country's political issues
- MEISTER stated that he likely Goggled the Congressman's office number to make the call
- MEISTER denied regularly making calls to public officials, stating that the last call he remembers making was to John McCain, when he called him a "dick"
- MEISTER denied using social media
- MEISTER stated that he does not own any weapons except a muzzleloader for hunting (mule deer), which he has not used as of yet
- MEISTER confirmed that he is a convicted felon, but that his wife had assisted him in getting his rights restored primarily so that he could vote
- MEISTER stated that he drinks 3 times per week
- MEISTER stated that he is retired from the IT field, and has been married to his current wife for 6 years
- MEISTER stated that his wife is an accountant in the Tucson area, and they had purchased their current residence property after selling their property in Chandler, AZ and doing well on the sale
- MEISTER denied any plans to act on the voicemail threat
- MEISTER denied any plans to travel to any political offices or events, stating that he would only possibly attend a Trump rally (supporter)
- MEISTER denied any affiliations with any groups, and further denied any interest in assassins or any possession of journals or manifestos related to public officials
- MEISTER denied any homicidal or suicidal ideations, and denied any history of mental illness
- MEISTER denied being under a doctor's care (medication) for any mental health issues, and stated that the only medication he takes is for his thyroid
- MEISTER stated that he served in the Navy as a Corpsman during the "Reagan Years" for 3.5 years
- MEISTER stated to Agents that he would not be calling Congressional offices in this manner moving forward, and understood the need for law enforcement response based on the verbiage in the voicemail
- MEISTER was informed that willfully misleading investigating Agents could be cause for further investigation and potential federal charges
- The interview concluded without incident

| CASE STATUS | ☒ OPEN | ☐ CLOSED | ☐ SUSPENDED/OTHER | PAGE 1  OF 1  PAGES |
|---|---|---|---|---|
| INVESTIGATOR S/A Christopher Desrosiers (5995) | | | | DATE 10/15/2019 |
| SUPERVISOR SS/A Abbey Tereba (5930) | | | | DATE 10/15/2019 |

*This report is the property of the United States Capitol Police.*
*Neither the document nor its contents may be disseminated to persons or organizations outside the US Capitol Police without the express written permission of a designated Command Official, the Duty Watch Commander, or an official of the Investigations Division.*