Exhibit B

United States v. Meister

CR 19-02738-TUC-RM (JR)

1      JOSIAH FENCEROY:  Well, as long as we're about wrapped

2  up here, um, you have any questions for us right now or

3  anything?  No?

4      JAN PETER MEISTER:  Just, uh, what- what- what's (UI)

5  here?

6      JOSIAH FENCEROY:  Well, we're, uh, all gonna be takin'

7  off here pretty quick.  We'd actually like to -- is it

8  cool if like we -- do you wanna go in the trailer, we'll

9  just debrief you and kind of let you know kind of what we

10  all found and what we're taking?  And she has a copy of

11  the search warrant --

12      JAN PETER MEISTER:  That- that's fine.

13      JOSIAH FENCEROY:  Okay, cool.

14      ABBEY TEREBA:  He's fillin' out the search warrant, so

15  we'll get you a copy and the inventory.

16      JAN PETER MEISTER:  Okay.

17      JOSIAH FENCEROY:  You know it's a little bit quieter

18  in there.

19      ABBEY TEREBA:  Do you mind hangin' out here for right

20  now?

21      DIONNE MEISTER:  Oh, me, I stay?  Okay.

22      ABBEY TEREBA:  Thanks.

23      JOSIAH FENCEROY:  Got a little close to your dog.  I'm

24  glad you didn't try to bite my nose or somethin'.  So, and

25  I don't know if I -- I know I told you who I was but, uh,

26  so my name's Josiah Fenceroy.  I'm a Special Agent with

27  ATF.

28      JAN PETER MEISTER:  Okay.

1

1    JOSIAH FENCEROY:  This is, um, Abbey...Tereba --

2    JAN PETER MEISTER:  Yes, I- I already have Abbey's

3  card.

4    JOSIAH FENCEROY:  Special Agent with, um, USCP.  So,

5  essentially this is what's going on here, okay.  Um, I

6  know you had the- the black powder.  Um, there were some

7  other firearms and stuff, um, (UI).

8    JAN PETER MEISTER:  Yeah, those are my wife's, yeah.

9    JOSIAH FENCEROY:  Your wife's stuff that, uh, I know

10 you mentioned that earlier.  Um --

11   JAN PETER MEISTER:  Yeah, I didn't r- I didn't realize

12 from when the- when the Pima County Sheriff was out here

13 told me that she should probably have a safe and that she

14 only has the combination to it.

15   JOSIAH FENCEROY:  Yeah.

16   JAN PETER MEISTER:  I (UI) --

17   JOSIAH FENCEROY:  So th- that's kinda the things th-

18 that we found.  Um, we totally appreciate your

19 cooperation.  I know at times things maybe got a little

20 testy -- and I- and I totally understand that, you know.

21   JAN PETER MEISTER:  Yeah, yeah, I -- yeah, I know .

22 (UI).

23   JOSIAH FENCEROY:  It's early in the morning, you

24 know  --

25   JAN PETER MEISTER:  Yeah.

26   JOSIAH FENCEROY:  We're comin' up here, um, but we

27 really do appreciate your cooperation.

28   JAN PETER MEISTER:  Yeah.


                                2

1    JOSIAH FENCEROY:  'Cause, you know, we talk to people
2  sometimes and you're like, "No, F-you, man!"
3    JAN PETER MEISTER:  Yeah, I was -- sorry, I was --
4    JOSIAH FENCEROY:  You know.
5    JAN PETER MEISTER:  Yeah.
6    JOSIAH FENCEROY:  No, no, no.
7    JAN PETER MEISTER:  I apologized to her up and down
8  when she first came and --
9    JOSIAH FENCEROY:  Yup.  Totally understand.  So I want
10  you to know that you're not going to jail or anything like
11  that today.
12    JAN PETER MEISTER:  Okay.
13    JOSIAH FENCEROY:  Okay?  Um, we would like to just
14  talk to you, a few things, just like I said, kinda debrief
15  a little bit as far as, uh, like the black powder, some
16  things that were found, maybe like what you do use that
17  for, um --
18    JAN PETER MEISTER:  Okay, I've actually never shot
19  those revolvers yet.
20    JOSIAH FENCEROY:  Okay, g- give me one second, though,
21  all right?
22    JAN PETER MEISTER:  Okay.
23    JOSIAH FENCEROY:  Uh, just a couple of things I wanted
24  to add, though, too.  Um, now, everybody here, we're about
25  to take off, pull outta here.  Um, I know, though, she has
26  a boss, I have a boss.  Basically they say that "Any time
27  you sit down with anyone, like I want you to read them
28  Miranda," because especially in this case, you could feel

3

1  like, you know, you're in custody or that you're under
2  arrest, even though you're not.  You don't have to speak
3  with us.  Um, we're just trying to I guess, like I said,
4  debrief, get a little bit of knowledge, though, of like
5  what you are using like the black powder for.  Because
6  like you said, they are not -- you're not prohibited from
7  possessing those (UI).
8       JAN PETER MEISTER:  No.
9       JOSIAH FENCEROY:  Okay?  So that's not- that's not a
10 huge deal, all right?  So generally when I do read
11 Miranda, I just read it off a card because then I can say,
12 "Yep, I read off this card and this is exactly how I read
13 it every time."
14      JAN PETER MEISTER:  Okay, so you're reading me rights
15 to, what, question me or --
16      JOSIAH FENCEROY:  Yeah, I just wanna talk to you, but
17 also, though --
18      JAN PETER MEISTER:  Okay.
19      JOSIAH FENCEROY:  I wanna just finish debriefing,
20 though, as far as too, like I said, the black powder that
21 was found, um, what exactly you're using those for.
22 "Cause I- I thought it was -- it may be hunting, but I'm
23 not sure people do (UI).
24      JAN PETER MEISTER:  My .50 cal is for hunting, yes.
25      JOSIAH FENCEROY:  Okay, gotcha, okay.  I'm just gonna
26 read this then real quick.  So before we ask you any
27 questions, you must understand you have the right to
28 remain silent.  Anything you say can be used against you

4

1   in court.  You have the right to talk to a lawyer for

2   advice before we ask you questions and to have a lawyer

3   with you during questioning.  If you cannot afford a

4   lawyer, one'll be appointed to you before questioning if

5   you wish.  You understand that?

6       JAN PETER MEISTER:  Yes.

7       JOSIAH FENCEROY:  Okay.  Like I said, my boss, they

8   norm just say, "Hey, you sit down with somebody, they may

9   think" --

10      JAN PETER MEISTER:  Yeah, (UI).

11      JOSIAH FENCEROY:  Just because, hey, people came up,

12  you know, they had guns and stuff.  So they may feel like,

13  man, like, I'm- I'm getting' arrested today or something.

14  So, I don't want it to be -- make it a bigger deal (UI).

15  Because it's not a big deal, you know?  So, tell me again

16  now, y- you had how many of the black powder guns?

17      JAN PETER MEISTER:  I had three.

18      JOSIAH FENCEROY:  Three.  And I think there was like

19  two revolvers.

20      JAN PETER MEISTER:  My- my wife has two revolvers.

21      JOSIAH FENCEROY:  No, no, no.  The- the- the black

22  powder guns, those are- those are yours --

23      JAN PETER MEISTER:  Those are mine.

24      JOSIAH FENCEROY:  Those are yours.  And those are --

25      JAN PETER MEISTER:  I bought those.

26      JOSIAH FENCEROY:  There's two of those, though, right?

27  (UI) --

28      JAN PETER MEISTER:  Three.

5

1  JOSIAH FENCEROY:  Three.

2  JAN PETER MEISTER:  There's the .50 cal --

3  JOSIAH FENCEROY:  Okay.

4  JAN PETER MEISTER:  And the two .44 Sheriffs.

5  JOSIAH FENCEROY:  Yes.

6  JAN PETER MEISTER:  Yes.

7  JOSIAH FENCEROY:  And I think --

8  JAN PETER MEISTER:  1858.

9  JOSIAH FENCEROY:  The, um, the .50 cal, was that the

10 one that was in your bedroom?

11 JAN PETER MEISTER:  That's the Wolf, yep.

12 JOSIAH FENCEROY:  And that was in like a tan case (UI)

13 --

14 JAN PETER MEISTER:  That was in my -- yeah.

15 JOSIAH FENCEROY:  Okay.  And the, uh, I think the --

16 one of the- the .44, the black powder, that was I think in

17 this holster right here?

18 JAN PETER MEISTER:  Yep, (UI).

19 JOSIAH FENCEROY:  Wh- what is this thing right here?

20 JAN PETER MEISTER:  That's (UI), that's my wife's, uh,

21 good luck charm.

22 JOSIAH FENCEROY:  (UI)?

23 JAN PETER MEISTER:  Yeah.

24 JOSIAH FENCEROY:  Okay, is that like from a certain

25 culture or something?

26 JAN PETER MEISTER:  I have no idea.

27 JOSIAH FENCEROY:  Oh, no?  Okay.

28 JAN PETER MEISTER:  I- I -- my -- that's my good luck

6

1  charm right there is my crucifix.

2       JOSIAH FENCEROY:  Gotcha.

3       JAN PETER MEISTER:  Yeah.

4       JOSIAH FENCEROY:  And so the -- so there's the one .44

5  that was found.

6       JAN PETER MEISTER:  There, and one underneath the bed.

7       JOSIAH FENCEROY:  Okay.  And those are both yours?

8       JAN PETER MEISTER:  Yes.

9       JOSIAH FENCEROY:  One of 'em had caps on it, though.

10      JAN PETER MEISTER:  Yeah.

11      JOSIAH FENCEROY:  And I- I know I'm supposed to be an

12 ATF Agent.  Enlighten me a little bit on how exactly that

13 black powder works.  I'm not really too familiar with it.

14      JAN PETER MEISTER:  Okay, well, that black powder

15 pistol --

16      JOSIAH FENCEROY:  Mm-hmm.

17      JAN PETER MEISTER:  Okay, is you put your- your, uh,

18 30 grains of powder in.

19      JOSIAH FENCEROY:  Yeah, okay.

20      JAN PETER MEISTER:  Okay, then you put your wad on

21 top --

22      JOSIAH FENCEROY:  Okay.

23      JAN PETER MEISTER:  And then your ball and then

24 it's -- on the pistol, it's got the lever that comes down.

25      JOSIAH FENCEROY:  That -- and then it- it kinda jams

26 it in there --

27      JAN PETER MEISTER:  It pushes- it pushes the ball in

28 there --

1    JOSIAH FENCEROY:   'Kay.

2    JAN PETER MEISTER:   And then you go to the next one

3  and the next one and the next one.   But you only wanna

4  keep five chambers, five chambers for safety.

5    JOSIAH FENCEROY:   'Cause there's six chambers, right,

6  but --

7    JAN PETER MEISTER:   Yeah, and you keep it locked on to

8  the empty chamber.

9    JOSIAH FENCEROY:   Gotcha.

10    JAN PETER MEISTER:   So you don't have any misfires.   I

11  kept cowboy -- those are cowboy loads that were in there.

12    JOSIAH FENCEROY:   Okay.

13    JAN PETER MEISTER:   So it's just the percussion cap.

14    JOSIAH FENCEROY:   Yes.

15    JAN PETER MEISTER:   That's it.

16    JOSIAH FENCEROY:   (UI) but there was no -- and I

17  didn't see any ball in there --

18    JAN PETER MEISTER:   There's no powder and no ball in

19  there.

20    JOSIAH FENCEROY:   Okay.

21    JAN PETER MEISTER:   So I just use that for like scare

22  tactic if we have any wild animals --

23    JOSIAH FENCEROY:   Gotcha.

24    JAN PETER MEISTER:   Or someone walking on the property

25  and --

26    JOSIAH FENCEROY:   So then explain, so if you pull like

27  the hammer back then and you pull the trigger, the hammer

28  will fall forward and does that hit then one of the caps?

8

1    JAN PETER MEISTER:  That hits a percussion cap which
2 explodes the charge.

3    JOSIAH FENCEROY:  Normally, when -- yeah, if there's
4 something in there.  If there's nothin' in there, (UI)
5 just kind of like a cap gun (UI).

6    JAN PETER MEISTER:  Y- yeah, be like a cap- like a cap
7 gun, yup, exactly.

8    JOSIAH FENCEROY:  How loud is it?

9    JAN PETER MEISTER:  Bang!

10    JOSIAH FENCEROY:  Bang, okay.

11    JAN PETER MEISTER:  Yeah.

12    JOSIAH FENCEROY:  And so then if the wad and the ball
13 is packed in there and that falls forward, it will hit it
14 and then --

15    JAN PETER MEISTER:  Explode.

16    JOSIAH FENCEROY:  You can see the shot.

17    JAN PETER MEISTER:  And it's charged.

18    JOSIAH FENCEROY:  But I heard it's kind of like a
19 little bit delayed.

20    JAN PETER MEISTER:  Just like a black powder rifle.

21    JOSIAH FENCEROY:  Okay, gotcha.  So that's kinda the
22 same way, because I know that the setup of the- the black
23 powder rifle was a little bit different than- than (UI) --

24    JAN PETER MEISTER:  Yeah, just a little bit different,
25 but it still does -- has a percussion cap.

26    JOSIAH FENCEROY:  So the same thing, you kinda put the
27 powder in the wad, the ball --

28    JAN PETER MEISTER:  You put your wad in.

9

1     JOSIAH FENCEROY:  And then u- use the --

2     JAN PETER MEISTER:  Yeah, and you jam it down --

3     JOSIAH FENCEROY:  Jam it down.

4     JAN PETER MEISTER:  Just like a regular --

5     JOSIAH FENCEROY:  'Kay.

6     JAN PETER MEISTER:  Black powder and then you break

7  the- you break the --

8     JOSIAH FENCEROY:  I- I notice it had two levers,

9  though.  Uh, there's like one like underneath and then

10  like a actual trigger.  Like there was like a lever or

11  something like beneath the trigger guard.

12     JAN PETER MEISTER:  Yeah, I think that's safety.

13     JOSIAH FENCEROY:  Okay, that's a safety.

14     JAN PETER MEISTER:  Yeah.

15     JOSIAH FENCEROY:  And then there's the trigger and

16  then there's one more, uh, like the hammer?

17     JAN PETER MEISTER:  Yeah, I only shot it like five

18  times though.  Yeah.

19     JOSIAH FENCEROY:  Okay.  And you said that you never

20  shot those two revolvers, though?

21     JAN PETER MEISTER:  Yeah.

22     JOSIAH FENCEROY:  Okay.

23     JAN PETER MEISTER:  They've never been shot.

24     JOSIAH FENCEROY:  I know the one, that didn't have any

25  percussion caps or anything --

26     JAN PETER MEISTER:  Yeah.

27     JOSIAH FENCEROY:  On it.  Okay.  And then so- so tell

28  me -- you said earlier I know that your wife had like --

10

1   there was like a broken AR or something --

2        JAN PETER MEISTER:  Yeah.

3        JOSIAH FENCEROY:  Out there.  How did that happen

4   again?  How did it --

5        JAN PETER MEISTER:  She dropped it.

6        JOSIAH FENCEROY:  She dropped it, okay.

7        JAN PETER MEISTER:  Right on the butt and I guess real

8   shitty build --

9        JOSIAH FENCEROY:  Okay.

10       JAN PETER MEISTER:  On the- on the lower receiver.

11       JOSIAH FENCEROY:  Mm-hmm.

12       JAN PETER MEISTER:  And it just broke at both joints.

13       JOSIAH FENCEROY:  What was the make of that one again?

14  I saw it, but I don't remember a --

15       JAN PETER MEISTER:  I don't- I don't know.  I don't

16  remember.

17       JOSIAH FENCEROY:  'Cause the Wolf one, that was this

18  one --

19       JAN PETER MEISTER:  Huh?

20       JOSIAH FENCEROY:  In here, right?

21       JAN PETER MEISTER:  Yeah.

22       JOSIAH FENCEROY:  Okay.

23       JAN PETER MEISTER:  That's my Wolf, yeah.

24       JOSIAH FENCEROY:  Okay.  Um --

25       JAN PETER MEISTER:  I'm not sure on the AR.

26       JOSIAH FENCEROY:  Gotcha.  'Cause I, uh, yeah, I

27  noticed when we went out there, uh, I saw it.  It was in,

28  like you said, that camo bag that it was in.

11

1       JAN PETER MEISTER:  Yeah.

2       JOSIAH FENCEROY:  Um --

3       JAN PETER MEISTER:  Pieces.

4       JOSIAH FENCEROY:  It -- yeah, it was --

5       JAN PETER MEISTER:  It's broken.

6       JOSIAH FENCEROY:  Yup, it was broke.  It was separated

7  from the -- like the upper receiver and lower receiver.

8       JAN PETER MEISTER:  Yeah.

9       JOSIAH FENCEROY:  Um, and I know then your wife, she

10  said that there was two more pistols that she had, though,

11  right?  Um --

12       JAN PETER MEISTER:  Yeah, she had her 3038 --

13       JOSIAH FENCEROY:  Okay.

14       JAN PETER MEISTER:  And her 9 millimeter.

15       JOSIAH FENCEROY:  Okay.  Do you remember what the, uh

16  -- you don't remember the make, the make was of the- the,

17  um, the 9 millimeter?

18       JAN PETER MEISTER:  No.

19       JOSIAH FENCEROY:  You know what it was?  Okay.  Um,

20  gosh --

21       JAN PETER MEISTER:  I don't remember the make of it,

22  no.

23       JOSIAH FENCEROY:  Okay.

24       JAN PETER MEISTER:  It probably says it right on the

25  pistol.

26       JOSIAH FENCEROY:  I- I didn't even get to see that

27  one.  Um, I mean that was I think -- I think that one was

28  found out there (UI) --

USA v. Meister                                    CR 19-02738-TUC-RM (JR)

1     JAN PETER MEISTER:  Yeah, I know the .38's a Taurus
2   'cause she had the box out over here.
3     JOSIAH FENCEROY:  Okay, okay.  Um, the Taurus.  And
4   that's the one that was normally kept in your guys'
5   bedroom, though?
6     JAN PETER MEISTER:  Yeah, in her- in her dresser.
7     JOSIAH FENCEROY:  Okay.  Uh, that's like the little
8   nightstand over next to the --
9     JAN PETER MEISTER:  Nightstand there, yeah.
10    JOSIAH FENCEROY:  Okay.  Um, now, these vehicles out
11  here, which one- which one of these vehicles are yours?
12    JAN PETER MEISTER:  Uh --
13    JOSIAH FENCEROY:  Are they all yours or what?
14    JAN PETER MEISTER:  They're -- none of them are in my
15  name, no.
16    JOSIAH FENCEROY:  They're not in your name, okay.
17  Um --
18    JAN PETER MEISTER:  They're all my wife's.
19    JOSIAH FENCEROY:  Got you, got you.  Now, these -- I
20  think there's, um --
21    JAN PETER MEISTER:  But the -- under the registry, the
22  black one is the one I drive.
23    JOSIAH FENCEROY:  The black one is?
24    JAN PETER MEISTER:  Yeah.
25    JOSIAH FENCEROY:  Okay, lemme check --
26    JAN PETER MEISTER:  With the "Meister" plate, yeah.
27    JOSIAH FENCEROY:  Um, are these- these your keys on
28  here?


13

1    JAN PETER MEISTER:  Do you need to go in the car?

2    JOSIAH FENCEROY:  No, no, I don't think so.

3    JAN PETER MEISTER:  Oh.

4    JOSIAH FENCEROY:  'Cause I- I don't even know, has --

5    did- did you guys --

6    ABBEY TEREBA:  Yep.

7    JOSIAH FENCEROY:  They were searched already?

8    JAN PETER MEISTER:  Yeah, they already searched all

9    the vehicles.

10   JOSIAH FENCEROY:  These ones are your keys over here?

11   JAN PETER MEISTER:  Yeah, I let them search the

12   vehicles.

13   JOSIAH FENCEROY:  Okay.

14   JAN PETER MEISTER:  It's not on the search warrant.

15   JOSIAH FENCEROY:  So this is the keys with the GMC and

16   this is the Dodge.

17   JAN PETER MEISTER:  The Ram.

18   JOSIAH FENCEROY:  And wife, that's her little Bug

19   there?

20   JAN PETER MEISTER:  Her Bug, yeah.

21   JOSIAH FENCEROY:  Gotcha, okay.  Um, so I know in the-

22   in the bathroom there, there was a safe in there.

23   JAN PETER MEISTER:  Yeah.

24   JOSIAH FENCEROY:  Um, what was all in that safe?  I

25   wasn't in there when it got opened.

26   JAN PETER MEISTER:  I don't know what was in the safe.

27   JOSIAH FENCEROY:  Okay.

28   JAN PETER MEISTER:  I have no idea.

14

1    JOSIAH FENCEROY:  Okay.

2    JAN PETER MEISTER:  I haven't been in that safe in a

3  year.

4    JOSIAH FENCEROY:  Gotcha.  Um, do you remember what

5  was in it before?

6    JAN PETER MEISTER:  I have -- I- I- I don't know.

7  Probably before we moved, probably her pistol.

8    JOSIAH FENCEROY:  Okay.  Um, which pistol would that

9  one be?

10    JAN PETER MEISTER:  Uh, probably a 9.

11    JOSIAH FENCEROY:  The 9?  Okay.  Um, so they did --

12  they- they ended up bringing that back there or they

13  showed me a picture or something.  I don't remember if I

14  actually saw the- the box or if they showed me the pistol,

15  but -- so in that box, though, um, the picture I saw, it

16  looked like there was box of ammunition and then there was

17  a -- the box for, like you said, the 9 millimeter.  And I

18  think it was actually a Hi-Point is what it was.

19    JAN PETER MEISTER:  Okay.

20    JOSIAH FENCEROY:  Um, who has the key, then, to

21  that -- to the, uh, the, uh, the safe back there?

22    JAN PETER MEISTER:  To the safe?

23    JOSIAH FENCEROY:  Yeah.

24    JAN PETER MEISTER:  It's on the keyring.

25    JOSIAH FENCEROY:  Okay.  On the ones right here,

26  the --

27    JAN PETER MEISTER:  Yeah.

28    JOSIAH FENCEROY:  The ones that are -- you're keyring

15

1   right here?

2       JAN PETER MEISTER:  Mm-hmm.

3       JOSIAH FENCEROY:  Okay, all right.  Um, and I guess at

4   the end of the day, I know that you said that earlier your

5   -- you guys applied a couple years ago to get your -- you

6   have like a DUI or something back from like 2001. A felo--

7       JAN PETER MEISTER:  2002, yeah.

8       JOSIAH FENCEROY:  It was a Class -- like aggravated

9   DUI --

10      JAN PETER MEISTER:  Yeah.

11      JOSIAH FENCEROY:  Like Class 4, I think.  Um, and you

12  guys got the rights restored.  And I think that we did

13  find that information.

14      JAN PETER MEISTER:  Okay.

15      JOSIAH FENCEROY:  Like- like I said, I saw the

16  application --

17      JAN PETER MEISTER:  Yeah, I did get my rights

18  restored, yeah.

19      JOSIAH FENCEROY:  Okay.  And that was -- on the

20  application it looked like -- it said that you were trying

21  to apply for, uh, your civil rights, your gun rights, and

22  then to get it set aside.  And that was for the two counts

23  of the Class 4, the- the DUI (UI) --

24      JAN PETER MEISTER:  Yeah, those are no longer on my

25  record (UI).

26      JOSIAH FENCEROY:  No, no.  So, also, though, when --

27  as far as like the- the whole stuff that happened, like

28  you- you mentioned something earlier like, "Hey, I'm a

1  sexual offender list," um --

2      JAN PETER MEISTER:  Yeah, I got a statutory rape

3  charge from '88.

4      JOSIAH FENCEROY:  Okay.  Um, and have you ever got

5  rights restored for that?

6      JAN PETER MEISTER:  No, you can't.

7      JOSIAH FENCEROY:  Okay.  Um --

8      JAN PETER MEISTER:  You can't.  The only way you can

9  get that done in Maryland is go to pardon --

10     JOSIAH FENCEROY:  Probably just government pardon or

11 something?

12     JAN PETER MEISTER:  Yes.

13     JOSIAH FENCEROY:  Yeah, or governor pardon.

14     JAN PETER MEISTER:  Yeah.

15     JOSIAH FENCEROY:  I'm sorry; I said "government."  Um,

16 so I know in and earlier, too, like we were kinda talking

17 and, um, you -- and your wife, you know, and -- you

18 understand, though, that the restoration of rights for

19 your -- those Arizona charges, though, that doesn't

20 necessarily apply, though, to the Maryland, though.  Do

21 you understand that, though?

22     JAN PETER MEISTER:  Okay.

23     JOSIAH FENCEROY:  No, I- I guess I'm gonna ask, you

24 know, like do you understand like --

25     JAN PETER MEISTER:  No, I- I --

26     JOSIAH FENCEROY:  Your- your restoration --

27     JAN PETER MEISTER:  A superior court -- I know a

28 Superior Court judge --

17

1    JOSIAH FENCEROY:  Restored your rights.

2    JAN PETER MEISTER:  Restored my rights in Arizona.

3    JOSIAH FENCEROY:  Exactly, for the D- the- the DUI

4  charge, the two Class 4s.  So, let's say before you met

5  any of us, a month ago, if you woulda went to Sportsman's

6  Warehouse and you wanted to buy a Glock pistol, do you

7  think that you would have been able to purchase it?

8    JAN PETER MEISTER:  I have no idea.

9    JOSIAH FENCEROY:  Okay.  Um --

10    JAN PETER MEISTER:  I haven't had -- I really haven't

11  had any interest.

12    JOSIAH FENCEROY:  Okay.  Yeah, I know- I know --

13    JAN PETER MEISTER:  My wife --

14    JOSIAH FENCEROY:  I know you said you're not really a

15  gun guy.

16    JAN PETER MEISTER:  Yeah, my wife was.  Yeah.

17    JOSIAH FENCEROY:  Um --

18    JAN PETER MEISTER:  Me, I haven't even shot those

19  pistols.  I've shot my .50 cal --

20    JOSIAH FENCEROY:  'Kay.

21    JAN PETER MEISTER:  Probably about five times, six

22  times.

23    JOSIAH FENCEROY:  But I know earlier when I- when I

24  said that to your wife, though, um, I mentioned like,

25  "Hey, you know, this restoration of rights, though, it

26  doesn't cover, though, the Maryland."

27    JAN PETER MEISTER:  I -- yeah, I don't know that.

28    JOSIAH FENCEROY:  Okay.

1    JAN PETER MEISTER:  I don't -- legally, I don't know
2  that.
3    JOSIAH FENCEROY:  I get that, but I guess when we were
4  talking, though, earlier, I brought that up to your wife,
5  though, and you guys said -- and your response to that was
6  -- so I essentially said, "That doesn't cover your- your
7  gun rights, your restoration of rights, for the Maryland
8  charge," and you said, "But I don't- I don't possess any
9  guns, though, I just possess the black- black powder."
10    JAN PETER MEISTER:  You know, I love you guys in blue,
11 but it looks like you're trying to get me on an ATF
12 charge --
13    JOSIAH FENCEROY:  No, I -- what I -- I just wanna
14 clarify 'cause I wanna make sure --
15    JAN PETER MEISTER:  I- I --
16    JOSIAH FENCEROY:  That we're on the same page.
17    JAN PETER MEISTER:  Legally, I'm not a lawyer, okay,
18 I'm not a lawyer.
19    JOSIAH FENCEROY:  I'm not either, trust me.
20    JAN PETER MEISTER:  I'm just sayin' I'm not a lawyer.
21    JOSIAH FENCEROY:  I'm not either.
22    JAN PETER MEISTER:  And, um, I- I- I don't know, I
23 don't know that answer.
24    JOSIAH FENCEROY:  Yup.
25    JAN PETER MEISTER:  I- I just know I got this piece of
26 paper and I was like holy f --
27    JOSIAH FENCEROY:  But we can agree, though, that
28 you're good with --

19

1      JAN PETER MEISTER:  It might not cover --

2      JOSIAH FENCEROY:  No, no, no, no, no.

3      JAN PETER MEISTER:  I don't know if it covers the

4   federal.

5      JOSIAH FENCEROY:  No, I was gonna ask you something

6   else.

7      JAN PETER MEISTER:  Yeah.

8      JOSIAH FENCEROY:  But we can agree, though, you're

9   good with the black powder because --

10     JAN PETER MEISTER:  Yeah, of course.

11     JOSIAH FENCEROY:  Federally, that's not a --

12     JAN PETER MEISTER:  It's not- it's not a firearm --

13     JOSIAH FENCEROY:  That's not- that's not -- exactly.

14     JAN PETER MEISTER:  -- considered a firearm.

15     JOSIAH FENCEROY:  So I guess I was just confused

16   because earlier (UI) --

17     JAN PETER MEISTER:  That's why I don't know why you

18   confiscated my black powder.

19     JOSIAH FENCEROY:  Well --

20     JAN PETER MEISTER:  It is 'cause I made a threatening

21   phone call?

22     JOSIAH FENCEROY:  Y- yeah --

23     JAN PETER MEISTER:  Okay.

24     JOSIAH FENCEROY:  Because we --

25     JAN PETER MEISTER:  Like a dumbass.  Yeah, thank you.

26     JOSIAH FENCEROY:  That's -- and that's -- like I said,

27   that's kinda the- the genesis of- of why we're here.

28     JAN PETER MEISTER:  Okay, gotcha.

1          JOSIAH FENCEROY:  And I get --

2          JAN PETER MEISTER:  All right, I understand --

3          JOSIAH FENCEROY:  Y- you know, you told me --

4          JAN PETER MEISTER:  I totally understand that and

5     I'm --

6          JOSIAH FENCEROY:  "Hey, I was drunk, I was this and

7     that" --

8          JAN PETER MEISTER:  I'm sorry I was (UI).

9          JOSIAH FENCEROY:  And- and I don't really even want --

10    I don't even -- you know, that kinda is what it is, you

11    know.  That's not really what we're, um, all here to get

12    into.

13         JAN PETER MEISTER:  Okay.

14         JOSIAH FENCEROY:  I guess my- my whole thing was, uh,

15    earlier when we were talking, um, when I had asked about,

16    you know, the restoration here not applying to Maryland,

17    your response was, "Well, I can't -- but I- I- I don't

18    have any guns.  So those are my wife's guns.  I got the

19    black powder."  But we can agree there's nothing wrong

20    with that.  So, it was also brought up out there that,

21    "Well, we're not really worried about going to buy

22    firearms because he- he hasn't gone to buy any.  Like he"

23    -- you know, and you said like, "I don't like firearms,

24    you know, that's not- that's not really my thing."

25         JAN PETER MEISTER:  Well, I- I- I'm not -- it's not my

26    -- it's not a big thing of mine (UI).

27         JOSIAH FENCEROY:  Yeah.  I guess the thing is, though,

28    I was under the impression that you did kinda understand,

21

1  yeah, I did get my rights restored here, but I still can't
2  go to like an FFL and buy a firearm.
3      JAN PETER MEISTER:  No, I- I don't think I- I don't
4  think I can.
5      JOSIAH FENCEROY:  Yeah.  And that's because of this
6  didn't really- this didn't really --
7      JAN PETER MEISTER:  Of the- the statutory rape charge
8  in 1988.
9      JOSIAH FENCEROY:  It didn't really cover -- your
10 restoration in Arizona didn't cover Maryland.
11     JAN PETER MEISTER:  Yeah, I don't know if I could have
12 got -- it might have squeaked through, like you said,
13 but --
14     JOSIAH FENCEROY:  Yeah.  Well, and that's the thing,
15 though.  I mean I don't know --
16     JAN PETER MEISTER:  I don't know what all they did
17 when they restored my rights.
18     JOSIAH FENCEROY:  Basically, how- how- how it- how it
19 works is --
20     JAN PETER MEISTER:  I don't know what (UI).
21     JOSIAH FENCEROY:  They- they run- they run -- if you
22 go to buy a gun in a FFL, um, you go there, you fill out
23 the -- 4473 is what it's called.
24     JAN PETER MEISTER:  Mm-hmm.
25     JOSIAH FENCEROY:  Uh, they run a background check on
26 you.  And you're either going to come back with a, uh,
27 "Delayed," a "Denied," or a "Proceed."  And so sometimes
28 it will come back as "Delayed," well, after a certain

22

1   amount of time, the FFL can legally sell you a firearm if

2   the background doesn't come back yet.

3        JAN PETER MEISTER:  Okay.

4        JOSIAH FENCEROY:  But what happens sometimes is you go

5   and get that firearm and then because, um, that time

6   period went by so you he can legally give it to you.

7   Well, seven days later FBI comes back and says, "Yeah,

8   based on this thing, um, this person should notta received

9   that firearm, they're prohibited."  So then ATF has to

10  come back out and get it.  And I know that pisses people

11  off sometimes because they feel like, man, like you're

12  taking my firearm, this is bullshit.  Um, but it's just

13  kind of the- the way the system goes.  So that's kinda

14  what I meant earlier when I said, "Yeah, you could but

15  you're gonna ultimately get that taken away."

16       JAN PETER MEISTER:  There's a shady area, yeah.

17       JOSIAH FENCEROY:  Yes.  And- and the thing is, um,

18  that's what- what could happen.  Then, based on that, you

19  know, '88 conviction, you go there, you try to buy a gun,

20  and they may give it to you after like the- the- the time

21  period, the waiting time period, but ultimately we may

22  have to come back, though, and take that.  So I'm glad

23  that you didn't, but it does seem like --

24       JAN PETER MEISTER:  No, I- I --

25       JOSIAH FENCEROY:  You -- yeah, you understood, though,

26  too, that --

27       JAN PETER MEISTER:  I under -- well, I understood

28  that, you know, there's always a gray area between the

23

1 | federal and state.

2 | JOSIAH FENCEROY:  True.

3 | JAN PETER MEISTER:  There's always a gray area, so I
4 | was just like, you know, I'm not gonna go and --

5 | JOSIAH FENCEROY:  Yep.

6 | JAN PETER MEISTER:  -- buy a firearm --

7 | JOSIAH FENCEROY:  (UI).

8 | JAN PETER MEISTER:  I'm gonna have to -- I -- that's
9 | like what -- I just want something -- I moved out here --

10 | JOSIAH FENCEROY:  Mm-hmm.

11 | JAN PETER MEISTER:  Look at it.  I got tweakers
12 | running around my neighborhood, waving their hands and
13 | stealing people's shit; jumping fences, stealing, you know
14 | -- and I j- just wanted to have --

15 | JOSIAH FENCEROY:  Well, because of that, though --

16 | JAN PETER MEISTER:  My -- that's why I keep that black
17 | powder pistol there is for protection.  I made a stupid
18 | fuckin' phone call, excuse my French --

19 | JOSIAH FENCEROY:  No, I get it.

20 | JAN PETER MEISTER:  Okay, which was totally out of
21 | context, but I got wound up over that stupid -- I'm not
22 | gonna say, anyway, Adam Schiff.

23 | JOSIAH FENCEROY:  I get it.

24 | JAN PETER MEISTER:  He's a moron.

25 | JOSIAH FENCEROY:  I understand.

26 | JAN PETER MEISTER:  Just my personal opinion, but I
27 | just got wound up and I- I did something really hasty and-
28 | and, God, I wish I didn't do it.

24

1     JOSIAH FENCEROY:  Jan, can I tell you something?

2 Whether Democrat, Republican --

3     JAN PETER MEISTER:  Yeah, I know.

4     JOSIAH FENCEROY:  We don't -- we all don't agree --

5     ABBEY TEREBA: No.

6     JOSIAH FENCEROY:  With everything that goes on in the

7 government.

8     JAN PETER MEISTER:  No, but it's- it's just so crazy

9 now.

10     JOSIAH FENCEROY:  But it- and it -- I -- dude, I get

11 it, man.  And at the end of the day, though --

12     JAN PETER MEISTER:  It's crazy.

13     JOSIAH FENCEROY:  -- you just always gotta be careful

14 no matter what you do and what you say.

15     JAN PETER MEISTER:  I know, I just like -- I was just

16 like, no, I'm not touchin' a phone again.

17     JOSIAH FENCEROY:  But you mentioned like, you know, I

18 know that that's why you put up this fence is because

19 tweakers and shit just walking through.

20     JAN PETER MEISTER:  Yeah, they're all over.

21     JOSIAH FENCEROY:  But what is- what is to ultimately

22 stop you, you know, if, for some reason, the closest gun

23 that you can get to is the one in the night stand?  What's

24 to- what's to stop you, though, from actually getting that

25 and if you had to like address any threat --

26     JAN PETER MEISTER:  Well, f- first of all, I'm deaf in

27 one ear.

28     JOSIAH FENCEROY:  Okay.

25

1        JAN PETER MEISTER:  So that's why my wife's gun, she

2   has it right there because I can't hear shit at night.

3        JOSIAH FENCEROY:  Yeah.

4        JAN PETER MEISTER:  So she'd be the first one out

5   shootin' somebody.

6        JOSIAH FENCEROY:  But I- I- I --

7        JAN PETER MEISTER:  Yeah.

8        JOSIAH FENCEROY:  And- and I- and I get that.  I guess

9   let's say, though, hypothetically your wife's just not

10  here.  You feel if somebody comes in here, you can't even

11  get out here to get this gun, the other one's underneath,

12  what's to actually stop you from reaching across the bed

13  into the- the cabinet and grabbing her gun, though?  I

14  mean what stops that?

15       JAN PETER MEISTER:  I don't know.

16       JOSIAH FENCEROY:  Nothing, really, right?  Do we agree

17  upon that?

18       JAN PETER MEISTER:  Yeah.

19       JOSIAH FENCEROY:  Okay.  So that's why I think the

20  deputy, she mentioned wife probably should have the

21  safe --

22       JAN PETER MEISTER:  Have a safe.

23       JOSIAH FENCEROY:  Yes, because the thing --

24       JAN PETER MEISTER:  Yes, absolutely, and that's the

25  first thing I will be doing.

26       JOSIAH FENCEROY:  The thing is that you, even though

27  you're saying -- 'cause lemma ask you this:  have- have

28  you ever shot that gun that's been in there?

26

1    JAN PETER MEISTER:  No.

2    JOSIAH FENCEROY:  Have you ever shot the AR that's

3 been in the (gr- -- or the -- in the Conex box?

4    JAN PETER MEISTER:  No, I've held it, but I haven't

5 shot it.

6    JOSIAH FENCEROY:  You held it.  What about the 9

7 millimeter, have you ever shot that one?

8    JAN PETER MEISTER:  Uh --

9    JOSIAH FENCEROY:  The- the Hi-Point I think that was.

10    JAN PETER MEISTER:  At- at a range a long time ago.

11    JOSIAH FENCEROY:  At a range?  Okay.  Um, a long time

12 ago, whaddaya talkin' about, ten years, you're talking

13 five years?

14    JAN PETER MEISTER:  No, it was few- few years ago.

15    JOSIAH FENCEROY:  Couple years ago, okay.  What about

16 the- the AR, how long ago -- when was the last time --

17 you- you said you didn't shoot that one --

18    JAN PETER MEISTER:  I held it, yeah.

19    JOSIAH FENCEROY:  But how long ago was that that you

20 held it?

21    JAN PETER MEISTER:  Uh, about, uh, a month and a half

22 ago.

23    JOSIAH FENCEROY:  A month and a half ago.

24    JAN PETER MEISTER:  Just seeing which parts it -- for

25 her to get replaced.

26    JOSIAH FENCEROY:  Gotcha, okay.  When's the- when's

27 the plan, like when is that one gonna- gonna get replaced

28 then?

27

1    JAN PETER MEISTER:  Uh, the -- it's- it's like 500
2  bucks to replace it and I spent like --
3    JOSIAH FENCEROY:  It's just the --
4    JAN PETER MEISTER:  Well, yeah, but the gunsmith, they
5  charge labor on it, too, so --
6    JOSIAH FENCEROY:  Oh, my goodness.
7    JAN PETER MEISTER:  That's what they told my wife,
8  so --
9    JOSIAH FENCEROY:  I think you're getting hosed there.
10    JAN PETER MEISTER:  I think I am,
11    JOSIAH FENCEROY:  To be honest with 'ya.  Um --
12    JAN PETER MEISTER:  Well, you know all about it.
13    JOSIAH FENCEROY:  No, I mean that's- that's a lot of
14  money.  I mean 'cause the- the gun is -- is that gun even
15  worth $500?
16    JAN PETER MEISTER:  I don't- I don't think so.
17    JOSIAH FENCEROY:  I mean --
18    JAN PETER MEISTER:  It might have been, but --
19    JOSIAH FENCEROY:  It looked like a nice gun.
20    JAN PETER MEISTER:  -- with all the accessories, it
21  mighta came around that, but.
22    JOSIAH FENCEROY:  Yeah, okay.  Um, I guess a- at the
23  end of the day, we just have to make sure that -- it
24  sounds like if you really needed or wanted access, you
25  could have the access to your wife's guns.  Could we agree
26  upon that?
27    JAN PETER MEISTER:  I don't know.
28    JOSIAH FENCEROY:  If you needed, needed to.  I'm not

28

1   saying that you -- oh, yeah, every day I can just go and
2   pick this up.
3        JAN PETER MEISTER:  I wouldn't, no.  I wouldn't, no.
4        JOSIAH FENCEROY:  No, but I'm saying if you -- like-
5   like I gave the hypothetical situation, your wife's not
6   here, you feel somebody breaking in here, you --
7        JAN PETER MEISTER:  I would grab my- my black powder
8   (UI).
9        JOSIAH FENCEROY:  But I'm saying- I'm saying they're
10  in here, though, you can't get out here to get this black
11  powder.  The other one is underneath your bed, you can't
12  get to that.  If you needed to grab that, you could.
13  That's kinda the problem wh- why wife probably needs to
14  get a safe.
15       JAN PETER MEISTER:  Yeah.
16       JOSIAH FENCEROY:  And something you don't have access
17  because the other -- the box that's in there, you have the
18  key to that, though.  So I know you said that before --
19       JAN PETER MEISTER:  Well, yeah, it's- it's- it's kind
20  of the community k- keys, so I mean --
21       JOSIAH FENCEROY:  I get it.
22       JAN PETER MEISTER:  Yeah.
23       JOSIAH FENCEROY:  But the thing is, though, with that,
24  based on this Maryland conviction, you can't- you can't
25  possess firearms.  Um, you can't possess the ammunition.
26  And so I know there's no gun in that box, but because the
27  key is on yours, you have access to that if there was a
28  gun in there.  There's not, but if there was, though --

29

1  but there is ammunition, though, in there, though, too,

2  and you can't possess that.  So that's why she does need

3  to get a safe, though, okay?  That- that's- that's

4  important.  Um, because -- and that's just another reason,

5  though, too, of why we had to take the guns.  Because,

6  yes, it does go hand in hand with the threat 'cause if you

7  really, really did wanna do something -- which I don't

8  know, I wasn't here for all that.  But if you really did

9  want to do somethin', you could get access to those guns

10 or you could get access to the- the black powder and that

11 could do damage.  So that's kinda why we had to take that.

12 So we can't really leave guns here, not just because of

13 the case but because there's no- there's no safe.

14      JAN PETER MEISTER:  I- I- I under -- I -- for my phone

15 call.

16      JOSIAH FENCEROY:  Well, not- not just because of that,

17 but it's 'cause you're a felon but there's no safe,

18 though, and there's not a safe here that you do not have

19 access to.

20      JAN PETER MEISTER:  Okay, so if I put a safe in here

21 today, will you give- will you --

22      JOSIAH FENCEROY:  We can't give you the bla-- not --

23 no.  Because, like I said, that goes hand in hand with

24 what's going on with, uh --

25      JAN PETER MEISTER:  Okay.

26      JOSIAH FENCEROY:  With the whole threat thing.

27      JAN PETER MEISTER:  Gotcha.

28      JOSIAH FENCEROY:  So that's just more of a, you know,

1  precautionary-type thing with that --

2       JAN PETER MEISTER:  I understand.

3       JOSIAH FENCEROY:  You know, um, potential, uh,

4  potential evidence, I don't know.  I mean just something

5  that -- and like I said, or I thought I mentioned this

6  earlier, this kinda goes back to this shit is taken

7  serious because look what happened to Gabby Giffords.

8       JAN PETER MEISTER:  I understand.  I- I understand

9  that, yeah.

10      JOSIAH FENCEROY:  It was -- it's- it's a bad deal, you

11 know.

12      JAN PETER MEISTER:  Yeah.

13      JOSIAH FENCEROY:  And, uh, multiple people died that

14 day.  That- that's a sad deal.

15      JAN PETER MEISTER:  (UI).

16      JOSIAH FENCEROY:  I mean I got colleagues that, you

17 know, worked out there, you know.

18      JAN PETER MEISTER:  Yeah.

19      JOSIAH FENCEROY:  I'm sure you have colleagues that

20 worked out there.  I mean that's --

21      JAN PETER MEISTER:  Yeah.

22      JOSIAH FENCEROY:  It's just a sad deal.  And I think

23 sometimes we have to kinda put our differences aside

24 and --

25      JAN PETER MEISTER:  Exactly.

26      JOSIAH FENCEROY:  And we can't let that alter us to

27 say like I may not like your policies and your procedures

28 and how you do business --

31

1    JAN PETER MEISTER:  Yeah, (UI) I- I know- I know I- I-
2  I said a threat, okay.  I didn't mean it as a threat.
3    JOSIAH FENCEROY:  I get it.
4    JAN PETER MEISTER:  Okay.  I was pissed off.  It's,
5  you know, I know it's a fine line between your First
6  Amendment rights and threatening somebody.  But I just --
7  I felt I had to say something --
8    JOSIAH FENCEROY:  You were pissed that day!
9    JAN PETER MEISTER:  But I was pissed.
10    JOSIAH FENCEROY:  I get it.  I get it.
11    JAN PETER MEISTER:  I mean I didn't -- I would never
12  hurt anybody.
13    JOSIAH FENCEROY:  I understand.
14    JAN PETER MEISTER:  I've never had a conviction of
15  hurting anybody.
16    JOSIAH FENCEROY:  But you can understand the 'why' we
17  had to take, you know --
18    JAN PETER MEISTER:  Yeah, I understand why.
19    JOSIAH FENCEROY:  The black powder and the other guns
20  (UI).
21    JAN PETER MEISTER:  Because of the threat, yes.
22    JOSIAH FENCEROY:  Okay.  And that's -- I just wanna
23  leave here today with you knowing that --
24    JAN PETER MEISTER:  Yes, Sir.
25    JOSIAH FENCEROY:  I mean I ask people to do this all
26  the time like in interviews, um, I mean do- do you feel
27  like we've treated you well today?
28    JAN PETER MEISTER:  You act very respectful.

32

1    JOSIAH FENCEROY:  And do you feel like we've
2  threatened you in any way?

3    JAN PETER MEISTER:  No.

4    JOSIAH FENCEROY:  Do you think that we coerced you in
5  any way?

6    JAN PETER MEISTER:  No.

7    JOSIAH FENCEROY:  Made you promises of any kind?

8    JAN PETER MEISTER:  Nope.

9    JOSIAH FENCEROY:  Okay.  I mean I ask that and that's
10 kinda for my personal wellbeing, too.  Like I take the job
11 serious so I- I wanna --

12   JAN PETER MEISTER:  You guys were very respectful.

13   JOSIAH FENCEROY:  Thank you very much.

14   JAN PETER MEISTER:  I thought you were gonna tear
15 everything -- I thought I was gonna be *Law & Order*.

16   ABBEY TEREBA:  No, we don't do that.

17   JOSIAH FENCEROY:  No, no.

18   ABBEY TEREBA:  No, no, no, we put it back where we
19 find it.

20   JOSIAH FENCEROY:  We try to be reasonable --

21   JAN PETER MEISTER:  I'm like you guys are very nice,
22 yes.

23   JOSIAH FENCEROY:  Because I wanna make sure that I'm
24 doing the best job that I can in this job and I wanna- I
25 wanna treat people right.

26   JAN PETER MEISTER:  (UI).

27   JOSIAH FENCEROY:  That goes along with my faith.
28 That just go -- I wanna be a good person.  You know what

33

1   I'm sayin'?  So I'm not gonna come in here and put you

2   face down on the ground --

3       JAN PETER MEISTER:  I've always- I've- I've- I've

4   always been straight -- it's probably my weakest thing is

5   being straightforward with people.

6       JOSIAH FENCEROY:  Mm-hmm.

7       ABBEY TEREBA:  Mm-hmm.

8       JAN PETER MEISTER:  I was straightforward with Prince

9   George's County in 1988, which probably was the stupidest

10  thing I ever did because they had no evidence.  But I

11  said, "I didn't know she was that old."  Right?  I didn't

12  ask her for her ID.

13      JOSIAH FENCEROY:  Yeah, mm-hmm.

14      JAN PETER MEISTER:  But, you know, I sat there and

15  told the truth anyway.  I was like, "You know" -- and they

16  -- and I kinda get -- I got hamstru- hamstrung but, you

17  know, that's- that's irregardless of the point.

18      JOSIAH FENCEROY:  I understand.

19      JAN PETER MEISTER:  I mean I didn't do that -- it's

20  not like I did it a shitload of times.  So I'm just

21  like --

22      JOSIAH FENCEROY:  We just wanna make sure that like

23  the next time like --

24      JAN PETER MEISTER:  Right.  Oh, there's not gonna be

25  a next time.

26      JOSIAH FENCEROY:  That -- you know, and but I'm

27  sayin', though, the next time as far as like, you know,

28  like, okay, hey, this thing from Maryland, this is

34

1  prohibiting me, you know.

2      JAN PETER MEISTER:  Yeah.

3      JOSIAH FENCEROY:  'Cause I know you said --

4      JAN PETER MEISTER:  I understand.

5      JOSIAH FENCEROY:  You're like, "Yeah, I figured, like

6  I didn't think that I probably could get that," but if you

7  didn't know for sure --

8      JAN PETER MEISTER:  Yeah.

9      JOSIAH FENCEROY:  We want you to, you know, be sure

10  now because we can't have it to where --

11  [DOG BARKS/GROWLS]

12      JOSIAH FENCEROY:  Oh, (UI).  Ooh, you're okay.

13      JAN PETER MEISTER:  Yeah, she only barks.

14      JOSIAH FENCEROY:  Yeah.  So I mean that's the thing,

15  we don't- we don't wanna, you know, come back here in a

16  year or something and --

17      JAN PETER MEISTER:  Yeah.

18      JOSIAH FENCEROY:  We find you with a gun again or

19  something.

20      JAN PETER MEISTER:  Yeah.

21      JOSIAH FENCEROY:  Because I mean --

22      JAN PETER MEISTER:  No, but I can have my black

23  powder?

24      JOSIAH FENCEROY:  You can have your black powder.

25      ABBEY TEREBA:  Mm-hmm.

26      JAN PETER MEISTER:  Gotcha.

27      JOSIAH FENCEROY:  Yes…but...

28      JAN PETER MEISTER:  Okay, I just --

35

1    JOSIAH FENCEROY:  Now, you can't have the black
2  powder, though -- and I know you mentioned this earlier --
3  explain the- the cylinder, okay.  Now, that can actually
4  be like taken out then and you said something about .44
5  rounds or something.

6    JAN PETER MEISTER:  Well, you can get- you -- there
7  is a- a- there is a cylinder that you can buy --

8    JOSIAH FENCEROY:  Okay.

9    JAN PETER MEISTER:  But, yeah, it's not legal.

10    JOSIAH FENCEROY:  Okay.  Um, because I mean how long
11  would that cylinder take to install in the black powder --

12    JAN PETER MEISTER:  I have no idea.

13    JOSIAH FENCEROY:  Okay.  That's- that's the only
14  thing is that you gotta be careful of getting guns that
15  are easily or readily --

16    JAN PETER MEISTER:  I have no r- I have no --

17    JOSIAH FENCEROY:  No, no, no --

18    JAN PETER MEISTER:  -- (UI).

19    JOSIAH FENCEROY:  I'm saying bl- black powder.  You
20  gotta be careful of getting --

21    JAN PETER MEISTER:  Oh, I have no reason to have more
22  than five chambers.

23    JOSIAH FENCEROY:  But- but- but you gotta get -- you
24  gotta be careful of getting black powder guns, though,
25  that can be easily or readily convertible, you know, by,
26  you know, removing like a barrel, um, like a cylinder, a
27  breechblock or something --

28    JAN PETER MEISTER:  Yeah, I don't think you can

36

1  remove that barrel, yeah.

2       JOSIAH FENCEROY:  You gotta be careful of that --

3       JAN PETER MEISTER:  Yeah.

4       JOSIAH FENCEROY:  Because even though it's black

5  powder, you can be charged federally because of that if

6  you are able to remove those --

7       JAN PETER MEISTER:  If it's- if it's been converted.

8       JOSIAH FENCEROY:  Yes, yes.  If- if- if it has the

9  capability to do that, be easily -- yes.  If it is easily

10  convertible --

11       JAN PETER MEISTER:  No, it's- it's a gun that's --

12       JOSIAH FENCEROY:  Read --

13       JAN PETER MEISTER:  No, it's according to federal

14  law.

15       JOSIAH FENCEROY:  I'll --

16       JAN PETER MEISTER:  It's 1860 and below.

17       JOSIAH FENCEROY:  I'm gonna read this to you real

18  quick.

19       JAN PETER MEISTER:  Okay, read it.

20       JOSIAH FENCEROY:  And this is, um -- and if I'm- and

21  if I'm wrong on that, by all means, you know.

22       JAN PETER MEISTER:  Okay.

23       JOSIAH FENCEROY:  But, um -- and this -- 'cause this

24  is directly off of ATF's website.

25       JAN PETER MEISTER:  Yeah, but I would- I would have

26  to- I would have to buy a whole new --

27       JOSIAH FENCEROY:  I'm just sayin' for- for --

28       JAN PETER MEISTER:  Yeah, oh.

37

1      JOSIAH FENCEROY:  For future reference, okay?  So,

2  because black powder firearms are considered antique

3  firearms, possession of a black powder firearm by persons

4  subject to federal firearms disabilities -- which you are

5  -- is not prohibited by GCA.  However, a person subject to

6  federal firearms disabilities -- which you are -- may not

7  receive and/or possess black powder firearms that can be

8  readily converted to fixed fired ammunition, by replacing

9  the barrel, bolt, breechblock, or any combination thereof

10  which are classified as firearms.

11      JAN PETER MEISTER:  Barrel, bolt or beach --

12  breechblock --

13      JOSIAH FENCEROY:  Breechblock, yes.

14      JAN PETER MEISTER:  Yeah, yeah.

15      JOSIAH FENCEROY:  So, okay --

16      JAN PETER MEISTER:  You cannot.

17      JOSIAH FENCEROY:  That -- so just going forward, I

18  just want you to --

19      JAN PETER MEISTER:  Okay, so I'm --

20      JOSIAH FENCEROY:  So you know that part.

21      JAN PETER MEISTER:  I'm within the law, okay.

22      JOSIAH FENCEROY:  'Cause I don't want you to get

23  jammed up on --

24      JAN PETER MEISTER:  Yeah, okay, yeah.

25      JOSIAH FENCEROY:  So black powder, you know, that you

26  thought you could have but you couldn't, though, okay?

27      JAN PETER MEISTER:  Yeah.

28      JOSIAH FENCEROY:  Um --

38

1    JAN PETER MEISTER:  Barrel, bolt, or breech plug?

2    JOSIAH FENCEROY:  Yes.

3  [DOG BARKING]

4    JAN PETER MEISTER:  (UI).

5    JOSIAH FENCEROY:  Fixed ammunition.

6    JAN PETER MEISTER:  That can't be- that can't be (UI)

7    JOSIAH FENCEROY:  Okay.  So --

8    JAN PETER MEISTER:  And I know my fifty can't.

9    JOSIAH FENCEROY:  Okay, good, good.

10 [SEPARATE CONVERSATION/ABBEY TEREBA:  Okay.  Thank you

11 very much.  I'll, uh, catch up with you.]

12    JOSIAH FENCEROY:  So, uh, ultimately, like I said,

13 um, our -- that's kinda the reasoning like why we took the

14 things we did.  Um, Abbey's gonna give you a list of

15 everything we did.

16    JAN PETER MEISTER:  Okay.

17    JOSIAH FENCEROY:  The copy of the search warrant and

18 all that.  Um, but at the end of the day, though, y- you

19 can't -- your wife can't have firearms in this house that

20 you can access.

21    JAN PETER MEISTER:  Gotcha.

22    JOSIAH FENCEROY:  And based on that one being right

23 next to the, um, like on the- the nightstand there, you

24 know, the- the two that are out there, there's no lockin'

25 that.  I mean that's- that's kinda where our- where our --

26 our issue.  That's why we had to take those.  I mean

27 that's -- we don't want, and you don't want to get jammed

28 up on somethin', you know, down the line with next time

39

1  like where --

2      JAN PETER MEISTER:  I under- I- I understand.  Now,

3  uh, now, how do we get those back?

4      JOSIAH FENCEROY:  Well, what's gonna happen, I- I --

5  'cause you guys are the ones that are --

6      ABBEY TEREBA:  Mm-hmm.

7      JOSIAH FENCEROY:  Seizing those, correct?  So I'll

8  let her answer that question, okay?

9      JAN PETER MEISTER:  Okay, okay, gotcha.

10     JOSIAH FENCEROY:  Because we have a different

11 process.  We can seize things --

12     JAN PETER MEISTER:  Yes, Sir.

13     JOSIAH FENCEROY:  -- administratively, but right now

14 I believe it's gonna be Capitol Police seizing. So I'll

15 let her answer that one.

16     ABBEY TEREBA:  So, yeah, basically the way that

17 works, we will -- it all gets sent back to D.C.  So

18 anything will  get analyzed.  As this progresses and we

19 either close the case or the AUSA moves forward with

20 whatever it is they do --

21     JAN PETER MEISTER:  Yes, Ma'am.

22     ABBEY TEREBA:  At the end of it, um, the ASU -- AUSA

23 makes the determination whether or not we can give you

24 those back or whatever happens with him.  Um, likely, if

25 there's- there's nothing forward past this, you'll get all

26 of your weapons back, but not until everything court-

27 ordered done, said, finished.  Then --

28     JAN PETER MEISTER:  Gotcha.  So I'm hemmed up, huh?

1       ABBEY TEREBA:  There's- there's no -- it -- we don't
2  know what will happen from here --
3       JAN PETER MEISTER:  I haven't heard from you in a
4  week and half and y- your buddy told me if I don't hear
5  from you, that's a good sign.
6       ABBEY TEREBA:  Well, it is always a good sign if you
7  don't hear from me.  I mean --
8       JOSIAH FENCEROY:  You got- you gotta understand
9  that --
10       JAN PETER MEISTER:  I know.
11       JOSIAH FENCEROY:  Ultimately, we- we basically are
12  the investigative leg of --
13       JAN PETER MEISTER:  Gotcha.
14       JOSIAH FENCEROY:  The United States Attorneys'
15  Office.  So it's gonna be their decision to -- 'cause I
16  wish that I could, you know --
17       JAN PETER MEISTER:  I understand.
18       JOSIAH FENCEROY:  And this is a different situation,
19  but when I talk to people about like maybe drugs and
20  stuff, I wish that I could tell somebody, "Hey, you give
21  me A, B, and C" --
22       ABBEY TEREBA:  Yep.
23       JOSIAH FENCEROY:  "I'll make this charge go away."
24       JAN PETER MEISTER:  Yeah.
25       JOSIAH FENCEROY:  That's not something that we have
26  the power or ability to do.
27       JAN PETER MEISTER:  Gotcha, gotcha, I understand.
28       JOSIAH FENCEROY:  So --

41

1    ABBEY TEREBA:  No, and --

2    JOSIAH FENCEROY:  That's something called promissory

3 leniency and we don't have the ability to do that.

4    ABBEY TEREBA:  Yet.

5    JOSIAH FENCEROY:  So, um, that's kinda where we're at

6 with that.  Um --

7    JAN PETER MEISTER:  Gotcha.

8    ABBEY TEREBA:  Yeah, and on our end, all of those are

9 seized --

10    JAN PETER MEISTER:  Yeah.

11    ABBEY TEREBA:  As a result of the threat.

12    JAN PETER MEISTER:  I understand.

13    ABBEY TEREBA:  Because all of those, black powder or

14 not --

15    JAN PETER MEISTER:  I underst- I- I understand --

16    ABBEY TEREBA:  Yeah.

17    JAN PETER MEISTER:  I fucked up, it's my fault.

18    ABBEY TEREBA:  So we'll just --

19    JAN PETER MEISTER:  I get it.

20    ABBEY TEREBA:  We'll keep you updated and, you know,

21 we'll- we'll work with you from then.

22    JAN PETER MEISTER:  Yes, Ma'am.

23    ABBEY TEREBA:  And, you know, we'll get- we'll get

24 your wife's phone back as soon she possibly can.  I will

25 make sure that happens as soon as possible.

26    JAN PETER MEISTER:  Yeah, please.

27    JOSIAH FENCEROY:  I mean, like I said, as you

28 mentioned, like you understood, you know, earlier when we

42

1  were talkin' here, being the Maryland (UI), you know,

2  that- that doesn't, um --

3      JAN PETER MEISTER:  (UI).

4      JOSIAH FENCEROY:  Or I guess- I guess I should say

5  that Arizona does not override the Maryland thing.

6      JAN PETER MEISTER:  Well, the Arizona law does.  It

7  says it does.

8      JOSIAH FENCEROY:  No.

9      JAN PETER MEISTER:  Okay.

10     JOSIAH FENCEROY:  The- the -- because if you go look

11 back at your application, your application, all it says is

12 your two DUIs.  So how can (UI) --

13     JAN PETER MEISTER:  Oh, oh, that- that's -- yeah,

14 yeah, I thought you were talking about somethin' else.

15 Okay.

16     JOSIAH FENCEROY:  Yep, yeah, so you understand.

17     JAN PETER MEISTER:  Yeah, yeah.  Yeah, okay, yeah,

18 yeah.  I knew it was a fine area --

19     JOSIAH FENCEROY:  Yeah.

20     JAN PETER MEISTER:  And that's why I never.

21     JOSIAH FENCEROY:  So that's kinda where we're at.  I

22 mean, do you have- do you have qu- -- Abbey, do you have

23 any questions?

24     JAN PETER MEISTER:  No.

25     ABBEY TEREBA:  That's it.  Do you have any questions

26 or anything other than, you know, we'll --

27     JAN PETER MEISTER:  You've -- I mean you guys

28 answered all of my questions.

43

1      ABBEY TEREBA:  Okay.

2      JAN PETER MEISTER:  So I'm -- I was just wondering

3  about the property and --

4      ABBEY TEREBA:  Yeah.  Well --

5      JOSIAH FENCEROY:  All right.  So, Jan, we appreciate

6  your time, man.

7      JAN PETER MEISTER:  And how bad I'm gonna get hemmed

8  up.

9      ABBEY TEREBA:  Nah, we'll- we'll just keep going as

10  it goes.  I mean you've been cooperative, we appreciate

11  that.

12      JAN PETER MEISTER:  I've been -- I- I've tried to be

13  good for 17 years since my least stupid DUI.  Obviously,

14  I'm not a sex offender because I haven't gotten charged

15  with a sex crime since 1988 and that was for statutory

16  rape so -- and there was no force.  I don't hurt anybody.

17      JOSIAH FENCEROY:  Yeah.

18      JAN PETER MEISTER:  So, I mean, I've had a couple of

19  crazy ex-wives, but other than that.

20      JOSIAH FENCEROY:  It happens.

21      JAN PETER MEISTER:  Yeah.

22      ABBEY TEREBA:  Yeah, it's -- life happens.  We

23  appreciate you talking to us too.

24      JAN PETER MEISTER:  I just- just hope she doesn't

25  divorce me.

26      JOSIAH FENCEROY:  Yeah.  Do you have the (UI)?

27      ABBEY TEREBA:  And lemme get you this -- I'm gonna

28  get you the search warrant real quick.  I'll fill that

44

1   out.  There's like one thing I need to sign.

2        JAN PETER MEISTER:  All right.

3        ABBEY TEREBA:  And we'll be good to go.

4        JAN PETER MEISTER:  Okay, you want me to come out

5   there?  I can sign it.

6        ABBEY TEREBA:  Yeah, that's fine.

7        JOSIAH FENCEROY:  Yeah, just- yeah, just step out

8   here with us just so.

9                          [END FILE]

USA v. Meister                           CR 19-02738-TUC-RM (JR)

CERTIFICATION

I, THERESA VERALDI, certify, under the laws of the State of California, County of Los Angeles, that I am a professional transcriber and I am the proofreader who proofread/reviewed the transcript entitled 3.40_10182018 SA Fenceroy SSA Tereba Interview against the digital audio file entitled 3.40_10182018 SA Fenceroy SSA Tereba Interview to the best of my ability.  I am a subcontractor for Keystrokes, a transcription company located in Santa Monica, California.


Date:  02/19/2020


*Theresa Veraldi*
_____

THERESA VERALDI

1

CERTIFICATION

I, Kimberly Buehner, certify, under the laws of the State of California, County of Los Angeles, that I am a professional transcriber and I am the transcriber who transcribed the digital audio file entitled "3.40_10182018 SA Fenceroy SSA Tereba Interview" to the best of my ability.  I am a subcontractor for Keystrokes, a transcription company located in Santa Monica, California.

Date:   02/13/2020

Kimberly Buehner