**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge: Rosemary Márquez** | **Date: March 10, 2020** |
| **USA v. Jan Peter Meister** | **Case Number: CR-19-02738-001-TUC-RM (JR)** |

**Assistant U.S. Attorneys:  Nicole P. Savel, Beverly Anderson**
**Attorney for Defendant:  Bradley King Roach, Retained**
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody** ☐ **Summons** ☐ **Writ**
          **Restraint Level 0**

**JURY TRIAL – Day 2**

**9:38 a.m. – The Court, counsel and defendant are present**

**Ms. Anderson states she has been told by Mr. Roach that he intends to designate the defendant's spouse, Dionne Meister, as his case agent and have her remain in the courtroom. The government objects to defendant's spouse being designated as a case agent as she is listed as a witness for the defense.  Mr. Roach states his position to the Court.   The Court orders Ms. Meister excluded from the courtroom at this time pending further research on the issue.**

**The parties provide the Court a signed Stipulations of Facts and Elements.**

**9:48 a.m. – The jury enters the courtroom**

**9:48 a.m. – Opening statement by Ms. Anderson**
**10:00 a.m. – Opening statement by Mr. Roach**

**EVIDENCE ON BEHALF OF THE GOVERNMENT**

**Abbey Tereba, sworn and examined: direct, Ms. Anderson  - 10:09 a.m.; Exhibits 1 through 120, 154, 155 – admitted**

**10:49 a.m. – Jury exits the courtroom for recess**

**The Court having researched the matter of defendant's spouse being designated as a case agent, the prior ruling remains in effect and Ms. Meister is excluded from the courtroom.**

**10:51 a.m. – Recess taken**
**11:09 a.m. – The Court, counsel, defendant and the jury are present**

**Abbey Tereba (1), examination resumed:  cross, Mr. Roach – 11:09 a.m.; Exhibit 200 – admitted; redirect, Ms. Anderson – 11:13 a.m. (concluded 11:14 a.m.)**

**USA v.** Jan Peter Meister                                      **Date:** March 10, 2020

**Case Number:** CR-19-02738-001-TUC-RM (JR)                              Page 2 of 2

**James Keefe (2)**, sworn and examined: direct, Ms. Anderson – 11:15 a.m.; cross, Mr. Roach – 11:46 a.m. (concluded 11:47 a.m.)

**11:48 a.m. – Lunch recess**
**1:39 p.m. – The Court, counsel and the defendant are present**

**Ms. Anderson states that Agent Keefe referred to a threat during his testimony.  She clarifies Agent Keefe was referring to a potential threat to the search team.  Mr. Roach states that he interpreted the statement in the same way and therefore did not object.**

**1:45 p.m. – The jury enters the courtroom**

**Christopher Desrosiers (3)**, sworn and examined:  direct, Ms. Savel – 1:46 p.m.; cross, Mr. Roach, 1:57 p.m. (concluded 1:58 p.m.)

**Gilberto Gonzalez (4)**, sworn and examined: direct, Ms. Savel – 2:00 p.m.; Exhibit 175 – admitted; cross, Mr. Roach – 2:24 p.m.; Exhibits 201, 202 – admitted; redirect, Ms. Savel – 2:29 p.m. (concluded 2:32 p.m.)

**Stephen Greene (5)**, sworn and examined: direct Ms. Anderson – 2:34 p.m.; Exhibits 137, 138 – admitted; cross, Mr. Roach – 2:55 p.m. (concluded 2:55 p.m.)

**2:56 p.m. – Recess taken**
**3:20 p.m. – The Court, counsel, defendant and the jury are present**

**Josiah Fenceroy (6)**, sworn and examined:  direct, Ms. Savel – 3:21 p.m.; Exhibits 156 through 173 – admitted (weapons and ammunition; will not go to the jury room); Exhibits 140 through 151 identified, not admitted.

**4:36 p.m. – Jury excused for the day**

**Discussion regarding an additional fingerprint lab report received by the government and the procedure to have that information and the report admitted.**

**4:40 p.m. – Recessed for the evening**

**Jury trial continued to Wednesday, March 11, 2020 at 9:30 a.m.**

**Court Reporter** Tracy Jamieson                    **Jury Trial/Begin:  4 hrs  5 mins**
**Deputy Clerk** Cathy Schwader

                                                          **Start:  9:38 a.m. / Stop:  4:40 p.m.**