PD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>　　　　Defendant. | No. CR-19-02738-001-TUC-RM(JR)<br><br>**JURY QUESTION(S) DURING DELIBERATIONS** |

Jury question(s) during deliberations. Public Document 3/11/2020

On the key ring that opens the safe what ~~ke~~ car keys were on the key ring?

2:53 PM
3-11-20
CR-19-2738-RM

You are instructed to rely on your memory of the evidence and the exhibits that were received into evidence.

DATED this 11th day of March, 2020.

*/s/ Márquez*

CR-19-2738-TUC-RM