**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Rosemary Márquez | **Date:** March 12, 2020 |
| **USA v. Jan Peter Meister** | **Case Number:** CR-19-02738-001-TUC-RM (JR) |

**Assistant U.S. Attorneys:**  Nicole P. Savel, Beverly Anderson
**Attorney for Defendant:**  Bradley King Roach, Retained
**Interpreter:** N/A
**Defendant:**  ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ Restraint Level 0

**JURY TRIAL – Day 4**

9:35 a.m. – All jurors are present; jury deliberations resume.

9:57 a.m. – The Court, counsel and defendant are present.
The Court and counsel discuss the jury question received at 5:00 p.m. yesterday.  Counsel request additional time to review the case cited yesterday by Mr. Roach.

10:03 a.m. – Recess taken

10:46 a.m. – The Court, counsel and defendant are present.  Further discussion regarding the jury question.

10:55 a.m. -  A written response to the jury question is provided to the jury.  Proceedings recessed pending a verdict.

11:39 a.m. – The jury returns a verdict of not guilty on Count 2 of the Superseding Indictment.  The jury is polled.

11:43 a.m. – The jury is released from further service and excused.  The jury exits the courtroom.

The current trial date for Count 1 of the Superseding Indictment is 4/14/2020.  The Court advises the parties that she has been summoned for jury duty 4/13/2020 and may not be available on 4/14/2020.  Ms. Savel states she may be moving to continue as she has a key witness that is not available on the current trial date.

Mr. Roach states he will be filing a motion to modify conditions for defendant's release.  The Court will address the motion once briefing is complete and she has consulted with Pretrial Services.

The defendant shall remain in custody pending trial on the remaining count.

| | |
|---|---|
| **USA v.** Jan Peter Meister | **Date:** March 12, 2020 |
| **Case Number:** CR-19-02738-001-TUC-RM (JR) | Page 2 of 2 |

**11:46 a.m. – Jury trial completed**

**Court Reporter** Tracy Jamieson          **Jury Trial:  22 mins**
**Deputy Clerk** Cathy Schwader

                                                  **Start:  9:57 a.m. / Stop:  11:46 a.m.**