FILED ✓ ___ LODGED
RECEIVED ___ COPY

MAR 1 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

*(Filed under seal when signed, due to Privacy Act 1974)*

| | |
|---|---|
| United States of America, | No. CR-19-02738-RM-JR |
| Plaintiff, | **VERDICT** |
| v. | |
| Jan Peter Meister, | SIGNATURE REDACTED |
| Defendant. | |

PUBLIC DOCUMENT

We the Jury, find the defendant, Jan Peter Meister:

__Not Guilty__
(Guilty or Not Guilty)     Possession of Firearms and Ammunition by a Convicted Felon as charged in the Indictment.

_____     __3/12/20__
Presiding Juror's signature     Date

Answer the following only if the Jury finds the defendant Guilty as charged in the Indictment:

We the Jury, find that the item(s) possessed by the defendant are (check all items to which the jury unanimously agrees):

_____   1 American Tactical, model: Omni Hybrid Maxx, 5.56/.223 caliber rifle, Serial Number NS118649

_____   1 Taurus, model: Spectrum .380 caliber pistol, Serial Number 1F077114

_____   Hi-Point, model: C9, 9mm caliber pistol, Serial Number P1901261

_____   6 rounds of .380 ammunition loaded in magazine in Taurus .380 firearm

_____   8 rounds of 9mm ammunition loaded in magazine in 9mm Hi-Point firearm

_____   25 rounds of .223/5.56 of ammunition in magazines in American Tactical Rifle case

_____   42 rounds of 9mm ammunition in small safe

_____   250 rounds of .223 caliber ammunition in fifth wheel trailer storage

_____   87 rounds of 5.56 caliber ammunition in fifth wheel trailer storage

_____   30 rounds .223/5.56 ammunition in AR-type magazine in fifth wheel trailer storage

_____   116 rounds 9mm ammunition in fifth wheel trailer storage

1   _____      5 rounds .380 ammunition in loaded magazine in fifth wheel trailer storage
2   _____      239 rounds .380 caliber ammunition in fifth wheel trailer storage

_____          _____
Presiding Juror's signature                                    Date