IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>   Defendant. | No. CR-19-02738-001-TUC-RM(JR)<br><br>**JUDGMENT OF ACQUITTAL** |

  A jury trial having been held on Count 2 of the Superseding Indictment filed herein and presented against the above named defendant charging violations of Title 18, United States Code, Section 922(g)(1) and 924(a)(2), Possession of Firearms and Ammunition by a Convicted Felon as charged in Count 2 of the Superseding Indictment, and a verdict of Not Guilty having been returned,

  **IT IS ORDERED** that the Defendant is acquitted as to Count 2 of the Superseding Indictment.

  Dated this 12th day of March, 2020.

                _____
                Honorable Rosemary Márquez
                United States District Judge