**ROACH LAW FIRM, L.L.C.**
Brad Roach
Arizona State Bar No. 017456
101 E. Pennington St., Suite 201
Tucson, AZ 85701
(520) 628-4100
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR-19-2738-TUC-RM (JR) |
| Plaintiff, | THIRD MOTION TO MODIFY |
| vs. | |
| Jan Peter Mesiter, | |
| Defendant. | |

Defendant, Jan Peter Meister, by and through his attorney, Brad Roach, hereby moves this Court for an order modifying the defendant's conditions in the following way:

1. The defendant request that he be released from custody as his wife was recently diagnosed with thyroid cancer and the defendant would like to be home to assist his wife through treatment and surgery. Surgery is scheduled March 18, 2020.

2. Defendant has been acquitted of the most serious allegation of his indictment and faces a relatively short sentence if he were to be convicted of the remaining count.

The AUSA, Nicole Sevel has been contacted and does have an objection to this motion.

U.S. Pretrial Officer Debra Romero has been contacted and does have an objection to this motion.

RESPECTFULLY SUBMITTED this 16th day of March, 2020.

*/s/ Brad Roach*
Brad Roach
Attorney for Defendant