**ROACH LAW FIRM, L.L.C.**
Brad Roach
Arizona State Bar No. 017456
101 E. Pennington St., Suite 201
Tucson, AZ 85701
(520) 628-4100
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CR-19-2738-TUC-RM (JR) |
| Plaintiff, | ) |
| vs. | ) MOTION TO ORDER RELEASE OF ) EVIDENCE |
| Jan Meister, | ) |
| Defendant. | ) |

     Defendant, Jan Meister, by and through his attorney, Brad Roach, hereby moves this Court for an order to release evidence:

     The defendant requests that this Court release all evidence collected in this case that was not subject for forfeiture.  The Defendant requests that these items be release to Dionne Meister as many of the items could be illegal for the Defendant to possess.

     The AUSA, Nicole Savel states the government requests a hearing on the defense motion so that the government, to include defendant's probation officer, may be heard on the record regarding the release or disposal of the items, which are black powder, revolver caps, and related accessories for firearms.

RESPECTFULLY SUBMITTED this 8th day of July, 2021.

                                             */s/ Brad Roach*
                                              Brad Roach
                                              Attorney for Defendant