# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jan Peter Meister,<br><br>    Defendant. | CR19-02738-TUC-RM (JR)<br><br>**ORDER** |

UPON [Docket #140] MOTION OF THE DEFENDANT, there being no objections from U.S. Probation and the government,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release is granted, and his conditions of release are modified to allow him to travel to Downers Grove, IL, from June 22, 2022. to June 26, 2022.

**IT IS FURTHER ORDERED** that all other terms and conditions of Defendant's release shall remain unchanged.

Dated this 26th day of May, 2022.

*Honorable Jacqueline M. Rateau*
United States Magistrate Judge